# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

MARTHA JEANETTE SNOW,  :

   Plaintiff,  :

vs.  :  CA 13-0301-CB-C

CAROLYN W. COLVIN,  :
Acting Commissioner of Social Security,
                                                         :

   Defendant.

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 28, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 14th day of March, 2014.

s/*Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**